UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-38266 |
| | ) | |
| STACEY MIXON-NEWTON, | ) | Chapter 13 |
| | ) | |
| | ) | Judge HOLLIS |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.EFT@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**
See attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 South Dearborn Street, Chicago, Illinois, in the following courtroom (or any other place posted), and present the attached **Motion to Allow Debtor to Incur Additional Debt and Shorten Notice**, at which time and place you may appear:

JUDGE:  Hollis
ROOM:   644
DATE:   August 31, 2016
TIME:   9:30 a.m.

/s/Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on August 24, 2016 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

**The following party(s) have been served via regular US mail:**

Ms. Stacey Mixon-Newton
115 E. 42nd St., Apt. 3E
Chicago, IL  60653

Recovery Management Sys. Corp.
25 SE Second Ave., Ste. 1120
Miami, FL  33131

American InfoSource/Spot Loan
P.O. Box 248838
Oklahoma City, OK  73124-8838

AmeriCredit Financial Services/GM
P.O. Box 183853
Arlington, TX  76096

IRS
P.O. Box 7346
Philadelphia, PA  19101-7346

Peoples Gas Light & Coke Co.
200 E. Randolph St.
Chicago, IL  60601

Capital One Bank
P.O. Box 71083
Charlotte, NC  28272-1083

Quantum3Group/Sadino Funding
P.O. Box 788
Kirkland, WA  98083-0788

Midland Credit Management
P.O. Box 2011
Warren, MI  48090

CarMax Business Services
225 Chastain Meadows Ct.
Kennesaw, GA  30144

Navient Solutions/Dept. of Education
P.O. Box 9635
Wilkes-Barre, PA  18773-9635

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-38266 |
| | ) | |
| STACEY MIXON-NEWTON, | ) | Chapter 13 |
| | ) | |
| | ) | Judge HOLLIS |
| Debtor(s). | ) | |

## MOTION TO ALLOW DEBTOR TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present her Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On November 10, 2015 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on March 30, 2016. Marilyn O. Marshall was appointed Trustee in this case.

3. The Debtor's Chapter 13 plan provides for payments of $1,125.00 monthly for an initial plan term of 60 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

4. That at the time of filing Debtor owned and possessed a 2009 Mercedes Benz C300, which she was paying for through her bankruptcy.

5. That this car is having electrical issues in the wiring and she has been told it will be thousands of dollars to find the problem and fix it. Debtor desires to purchase a replacement vehicle (2013 Nissan Rogue SUV) from Motor World. (See attached Exhibit A.)

6. That Debtor has the ability to pay for said vehicle as her budget lists $275.00 for entertainment and $150.00 for auto repairs, for a total of $425.00 available. The car she wants to purchase has a monthly payment of $448.04. The Debtor will adjust her other expenses to make up for the slight shortfall.

7.    That Debtor is current with her plan payments, and no creditors shall be prejudiced by the granting of this motion.

WHEREFORE, the Debtor, STACEY MIXON-NEWTON, prays that this Honorable Court grant the Motion to Allow Debtor to Incur Additional Debt.

Respectfully Submitted,

/s/Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

# EXHIBIT A

## RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

No. _____

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ N/A |
|---|---|---|---|---|
| 15.49 % | $ 11334.09 | $ 20924.79 | $ 32258.88 | $ 32258.88 |

**Itemization of Amount Financed**

- Cash Price: $ 18999.00
- Less Cash Downpayment: $ N/A
- Value of Trade-In Trade $ N/A
- Lien Payoff $ N/A
- To: _____ Net Trade $ N/A
- Total Downpayment: $ N/A (If negative enter "0" and see "Unpaid Balance Due on Trade-In" below)
- Amounts Paid on Your Account Unpaid Balance of Cash Price: $ 18999.00
- Amount Paid to Others for You *WE MAY BE RETAINING A PORTION OF THIS AMOUNT
- Unpaid Balance Due on Trade-In: $ N/A
- Year, Make, Model of Buyer's Trade-In (Paid to) N/A
- *Insurance Companies: $ N/A
- _____ $ N/A
- Public Officials (Licenses, Title & Taxes) $ 1775.79
- Paid to ERT Service Provider for Optional ERT Fee $ N/A
- TDOC FEE $ 150.00
- To _____ $ N/A
- Total Other Charges & Amount Paid to Others for You: $ 1925.79

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 448.04 | monthly beginning 09/21/16 |
| N/A | N/A | N/A |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty. See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

**Other Charges/Amts Paid:**

- To N/A $ N/A – To N/A $ N/A
- To N/A $ N/A – To N/A $ N/A
- To N/A $ N/A – To N/A $ N/A

Buyer(s) STACEY MIXON NEWTON 115 E 42ND ST APT 3E, CHICAGO, IL 60653
        (Names)                    (Residence Address)                 (City)    (State) (Zip)

Buyer(s) _____
        (Names)                    (Residence Address)                 (City)    (State) (Zip)

Seller Motor World, Inc. 550 Roosevelt Rd., Glen Ellyn, IL 60137
       (Corporate Firm or Trade Name)  (Business Address)            (City)      (State) (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle in good condition.

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Serial Number | Body Color | Top Color | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2013 | NISSAN | ROGUE | SUV | 4 | JN8AS5MV6DW129496 | SILVER | | |

Buyer Promises to pay to the order of Seller at the offices of:

**PRESTIGE FINANCIAL** _____ (Assignee) located in SALT LK CITY

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of 15.49 %

per annum from date until maturity in 71 Installments of $ 448.04 each and a final installment of $ 448.04 , beginning of September 21 , 2016 and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein.

**SECURITY INTERESTS:** Seller is granted a purchase-money security interest in the motor vehicle described above and all accessions under the Illinois Uniform Commercial Code until the Total of Payment and all future indebtedness for taxes, liens, repairs and insurance premiums advanced by holder hereunder are paid in full. Buyer grants assignee the right of set-off or lien on any moneys, credits or other property of Buyer in possession of the Assignee, on deposit or otherwise, excepting IRA or similar deposits. Seller is also granted a security interest in any premium rebates for insurance or service contracts if financed hereunder, in the proceeds of any insurance or service contract on the motor vehicle, and in the proceeds of any credit life and/or accident and health insurance financed hereunder, until all amounts due under this contract are paid in full.

**ACCELERATION:** Buyer agrees that (1) if Buyer shall default in the payment of any installment of the Total of Payments or any other indebtedness due hereon; or (2) Buyer shall fail to perform any agreement or warranty made by Buyer herein; or (3) the motor vehicle shall be lost, stolen, substantially damaged, destroyed, sold, encumbered, removed, concealed, attached or levied upon; or (4) if the motor vehicle shall be seized or forfeited for violation of any law or ordinance, State, Federal or Municipal; or (5) a proceeding under any bankruptcy or insolvency statute shall be instituted by or against Buyer or Buyer's business or property; or (6) if Buyer shall make an assignment for benefit of creditors; or (6) if Buyer shall die or be adjudged incompetent; or (7) if holder shall, for reasonable cause, deem itself insecure; or (8) if Buyer shall fail to keep the motor vehicle fully insured for the entire term of this contract, the holder may declare all unpaid installments of the Total of Payments and all other indebtedness secured hereby immediately due and payable, without notice or demand, subject to right of reinstatement, if applicable.

**PREPAYMENT:** THE BUYER MAY PREPAY IN FULL OR IN PART THE UNPAID BALANCE OF THE CONTRACT AT ANY TIME WITHOUT PENALTY.

**DELINQUENCY CHARGE:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less. In addition, Buyer agrees to pay reasonable attorneys' fees, costs and expenses incurred in the collection or enforcement of the debt or in realizing on the collateral. Buyer agrees to pay Finance Charges after maturity of the final installment, or after acceleration upon default, at the Annual Percentage Rate stated herein so long as there exist any uncured default hereunder, all without relief from valuation or appraisement laws.

**INSURANCE AGREEMENT:** Motor Vehicle Damage or Loss Insurance is required by Seller. (Buyer may choose the person through whom the insurance is to be obtained if such insurance is to be obtained through Seller, the cost for a term of N/A months will be $ .00