UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 15-38266 |
|---|---|---|
| STACEY MIXON-NEWTON | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING LEAVE TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor is granted leave to obtain financing in the amount of $21,500.00 at 16% APR with monthly payments of $475.00 for the purchase of a 2013 Nissan Rogue SUV or similar vehicle.

2) Leave to shorten notice is granted.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 31, 2016

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100