| In Re: | ) | 15-38266 |
| | ) | |
| STACEY MIXON-NEWTON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: HUNT |

NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Incur Debt and Shorten Notice**, at which time and place you may appear.

JUDGE:      HUNT
ROOM:       719
DATE:       November 18, 2019
TIME:       9:30 AM

PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before November 7, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  November 7, 2019          /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr. ARDC #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Stacey Mixon-Newton
115 E. 42nd St. Apt. 3E
Chicago, IL 60653

American InfoSource LP as agent for
Spot Loan
PO Box 248838
Oklahoma City, OK 73124-8838

AmeriCredit Financial Services, Inc. dba GM Financ
P O Box 183853
Arlington, TX 76096

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

PEOPLES GAS LIGHT & COKE COMPANY
200 EAST RANDOLPH STREET
CHICAGO, ILLINOIS 60601

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Midland Credit Management Inc as agent for
MIDLAND FUNDING LLC
PO Box 2011
Warren MI 48090

CarMax Business Services LLC
225 Chastain Meadows Court
Kennesaw, GA 30144

Navient Solutions, Inc. Department of Education
Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-38266 |
| | ) | |
| **STACEY MIXON-NEWTON,** | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | **Hon. Judge: HUNT** |

## MOTION TO INCUR DEBT

NOW COMES the Debtor, STACEY MIXON-NEWTON, by and through her attorneys,

DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as

follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure

   15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) On November 10, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter

   13 under Title 11 USC and Marilyn O. Marshall was appointed Trustee in the case.

3) The case was confirmed on March 30, 2016, with general unsecured creditors receiving

   100% of their allowed claims.

4) Debtor is currently without a car because Debtor's daughter took Debtor's current car to use

   at college.

5) Debtor has received terms of financing to purchase a 2015 Infinity QX60 from Motor World,

   Inc.  The interest rate on the vehicle is 14.75% with monthly payments of $580.67 per month

   for 72 months (Exhibit A).

6) The vehicle Debtor seeks to purchase is reliable and necessary for the effective

   reorganization of her debts in her Chapter 13 bankruptcy as she needs it to commute to work.

7) Debtor will be able to afford this car by cutting down on her expenses.

8) Debtor requests that Court shorten notice requirement because the longer Debtor is without a car, the more money she will spend on rental fees for the car she is currently using.

WHEREFORE, the Debtor, STACEY MIXON-NEWTON, prays that this Honorable Court enter an Order Granting Debtor Permission to Incur Debt and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100