Stock Form No. IF-26 (Rev. 7/17)
Copyright 2017, ILLIANA FINANCIAL, INC. Elmhurst, IL (All Rights Reserved)

Reorder from ILLIANA FINANCIAL, INC.
1-800-942-2140

Form No. IF-26 (Rev. 7/17)

# RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

No. _____

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ N/A |
|---|---|---|---|---|
| 14.75 % | $ 14169.99 | $ 27638.25 | $ 41808.24 | $ 41808.24 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 580.67 | monthly beginning 11/28/19 |
| N/A | N/A | N/A |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.
See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

Buyer(s) STACY MIXON
(Names)

(Address) (City) (State) (Zip)

Buyer(s) _____
(Names)

(Address) (City) (State) (Zip)

Seller Motor World, Inc.
(Corporate Firm or Trade Name)

550 Roosevelt Rd., Glen Ellyn, IL 60137
(Business Address) (City) (State) (Zip)

### Itemization of Amount Financed

| | |
|---|---|
| 1. Cash Price | $ 25150.00 |
| Less Cash Downpayment | $ N/A |
| Less Other Downpayment (describe) N/A | $ N/A |
| Value of Trade-In $ N/A | |
| Trade $ N/A | |
| Lien Payoff $ N/A | |
| To: _____ Net Trade $ | N/A |
| 2. Total Downpayment (If negative enter "0" and see "Unpaid Balance Due on Trade-In" below) | $ N/A |
| 3. Unpaid Balance of Cash Price | $ 25150.00 |
| Amount Paid to Others for You "WE MAY BE RETAINING A PORTION OF THIS AMOUNT" | |
| Unpaid Balance Due on Trade-In | $ N/A |
| Year, Make, Model of Buyer's Trade-In (Paid to) N/A | |
| *Insurance Companies: | |
| N/A | $ N/A |
| N/A | $ N/A |
| N/A | $ N/A |
| Public Officials (Licenses, Title & Taxes) | $ 2338.25 |
| *Paid to ERT Service Provider for Optional ERT Fee | $ N/A |
| Other Charges (describe) | |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To DOC FEE | $ 150.00 |
| 4. Total Other Charges & Amount Paid to Others for You | $ 2488.25 |
| 5. Amount Financed (3 + 4) | $ 27638.25 |

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle.
The vehicle will be used primarily for personal, family, household or agricultural purposes. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes: ☐

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2015 | INFINITY | QX60 | SUV | 6 | | RED | 22500 | N/A |

Buyer Promises to pay to the order of Seller at the offices of: _____ (Assignee) located in _____
the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of 14.75 %
per annum from date until maturity in 71 Installments of $ 580.67 each and a final installment of $ 580.67 beginning on
November 28, 2019 and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein. Herein, "Holder" means the motor vehicle retail Seller, sales finance agency, or any other Assignee that purchases or makes a loan upon the security of this retail installment contract.

**ILLINOIS NOTICE REGARDING USED VEHICLES:**
The following applies only if the vehicle is a used vehicle and is not an antique vehicle as defined in the Illinois Vehicle Code, or a collector motor vehicle and does not apply to a vehicle with more than 150,000 miles at the time of sale.

Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.

Attention consumer: sign here only if the Seller has told you that this vehicle has the following problem or problems and you agree to buy the vehicle on those terms:

1. N/A
2. N/A
   N/A

Buyer Signature _____ N/A _____ Date _____ N/A