UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | | BK No.: 15-38266 |
| STACEY MIXON-NEWTON ) | | |
| ) | | Chapter: 13 |
| ) | | Honorable LaShonda Hunt |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION TO INCUR DEBT and SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's request to shorten the notice requirement is granted.

2) The Debtor is granted leave to obtain financing in the amount of up to $41,808.24, with financing of an annual percentage rate of up to 14.75%, with monthly payments of up to $581.00 per month for a 2015 Infinity QX60 or similar vehicle.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 09, 2019

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100